IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Criminal Action No. 06- 117 |
| EVA D. GODSELL, | ) ) |
| Defendant. | ) ) ) |

REDACTED

FILED
OCT 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware alleges that:

### Count 1

On or about April 15, 2002, in the District of Delaware, Eva D. Godsell, the defendant, then a resident of Newark, Delaware, who during the calendar year 2001 was married, did willfully make and subscribe a joint U.S. Individual Income Tax Return, Form 1040 for the year 2001, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, wherein it was stated that her Schedule C, Profit or Loss from Business, gross receipts were $2,076,046, costs of goods sold were $1,967,391, and gross income was $108,655, whereas, as she then and there well knew and believed, her Schedule C gross receipts were $3,100,272, costs of goods sold were $2,720,521, and gross income was $379,751.

In violation of Title 26, United States Code, Section 7206(1).

### Count 2

On or about October 15, 2003, in the District of Delaware, Eva D. Godsell, the defendant, then a resident of Newark, Delaware, who during the calendar year 2002 was married, did willfully make

and subscribe a joint U.S. Individual Income Tax Return, Form 1040 for the year 2002, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, wherein it was stated that her Schedule C, Profit or Loss from Business, gross receipts were $947,525, costs of goods sold were $927,414, and gross income was $20,111, whereas, as she then and there well knew and believed, her Schedule C gross receipts were $1,996,881, costs of goods sold were $1,784,545, and gross income was $212,336.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: *(signature)*
Edmond Falgowski
Assistant United States Attorney

Dated: 10-24-06

2