AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  DELAWARE

UNITED STATES OF AMERICA
V.
EVA GODSELL

Middletown, DE 19709

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number:  CR 06-117-UNA

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:  Honorable Mary Pat Thynge, U.S. Magistrate Judge | November 2, 2006 at 1:00 PM |

** Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)

x  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title  26  United States Code, Section(s)  7206(1)

Brief description of offense:

FILING A FALSE TAX RETURN

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

October 26, 2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _lerh mai_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   10-30-06
         Date

_D. W. Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

