OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 2, 2006

UNITED STATES OF AMERICA

       v.                       CR 06-117 GMS

EVA GODSELL

       I hereby acknowledge receipt of the following document:   U.S. Passport No. 209167761.

_11-2-2006_
DATE

_[signature]_
DEPUTY CLERK