IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-117-GMS |
| ) | |
| EVA D. GODSELL, ) | |
|        Defendant. ) | |

## ORDER

WHEREAS, the United States has made a request that the Court continue indefinitely the scheduling conference originally scheduled for January 31, 2007, as the parties are engaged in plea negotiations, including a review of the Government's file by the defendant's accountant; and

WHEREAS, under the Speedy Trial Act the parties waive the relevant period of delay,

IT IS ORDERED this 31st day of Jan, 2007, that the scheduling conference is continued indefinitely; and

**IT IS FURTHER ORDERED** that the United States will provide the Court with a monthly status report commencing no later than 30 days from the date of this Order; and

**IT IS FURTHER ORDERED**, pursuant to 18 U.S.C. § 3161(h)(8)(A), the delay commencing January 30, 2007, and resulting from this Order is excludable in computing the time within which the defendant's trial must be commenced under the Speedy Trial Act.

                                              _____
                                              Honorable Gregory M. Sleet
                                              United States District Court



FILED
JAN 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE