

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

March 1, 2007

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Eva Godsell**
           **Criminal Action No. 06-117-GMS**

Dear Judge Sleet:

    This is the Government's first monthly status report.

    The defendant's accountants were scheduled to meet with the IRS case agent on February 28, 2007. However, due to unanticipated scheduling problems, the meeting was rescheduled for March 6, 2007. The United States continues to expect that the scheduled meeting will bring the parties closer to reaching a plea agreement.

    Very truly yours,

    COLM F. CONNOLLY
    United States Attorney

    By:
    Edmond Falgowski
    Assistant United States Attorney

pc:  Solomon Fisher, Esquire
      Special Agent Melissa Marsh, IRS-CID

EF:slb