**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

April 20, 2007

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Eva Godsell**
           <u>**Criminal Action No. 06-117-GMS**</u>

Dear Judge Sleet:

    This is the Government's second status report.

    On March 6, 2007, the IRS case agent met with the defendant's accountants and made a downward adjustment in the Government's tax loss figures. On March 13, 2007, the United States sent to Solomn Fisher, Esquire, counsel for the defendant, a revised plea offer.

    Today I spoke with Mr. Fisher's secretary who advised that Mr. Fisher has been ill and out of the office for virtually all of this month. Mr. Fisher is expected to return to the office before long and in the meantime remains in contact with his office.

    I will file another status report on May 1, 2006.

                                                    Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                          By:_____
                                                Edmond Falgowski
                                                Assistant United States Attorney

pc:    Solomon Fisher, Esquire
       Special Agent Melissa Marsh, IRS-CID