

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*                                    *(302) 573-6277*
*1007 Orange Street, Suite 700*               *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

May 2, 2007

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

     Re:  **United States v. Eva Godsell**
         **Criminal Action No. 06-117-GMS**

Dear Judge Sleet:

     This is the Government's third status report.

     On or about April 23, 2007, I spoke by telephone with Solomon Fisher, Esquire, counsel for defendant Eva Godsell. Mr. Fisher advised that due to a temporary illness he was out of the office for most of April and returned to work to find a significant backlog of work. Mr. Fisher expected that it would be a few weeks before he would be able to meet with his client to review the results of the meeting between the IRS case agent and the defendant's accountant.

     On May 2, 2007, I spoke with Mr. Fisher's secretary who advised that Mr. Fisher has not yet met with his client but expects to do so within the next few weeks.

     Unless directed by the Court to do so earlier, the United States will file its next status report on or before June 1, 2007.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

                    By:

                    Edmond Falgowski
                    Assistant United States Attorney

pc:   Solomon Fisher, Esquire
       Special Agent Melissa Marsh, IRS-CID

EF:slb