

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building                                (302) 573-6277
1007 Orange Street, Suite 700                   FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

May 31, 2007

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re:   **United States v. Eva Godsell**
           **Criminal Action No. 06-117-GMS**

Dear Judge Sleet:

    This is the Government's fourth status report.

    On this date, Solomon Fisher, Esquire, counsel for defendant Eva Godsell, advised that he recently retired from his firm and entered private practice. He expects to continue to represent the defendant, who is requesting the firm to withdraw as her counsel and forward her file to Mr. Fisher at his new office. Mr. Fisher further reports that he soon will file with this Court a notice of substitution of counsel.

    Unless directed by the Court to do so earlier, the Government will file its next status report on or before July 1, 2007.

                                           Respectfully submitted,

                                           COLM F. CONNOLLY
                                           United States Attorney

                                       By: _____
                                           Edmond Falgowski
                                           Assistant United States Attorney

pc:   Solomon Fisher, Esquire
        Special Agent Melissa Marsh, IRS-CID

EF:slb