

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

August 23, 2007

Honorable Gregory M. Sleet
Chief Judge
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

Re: **United States v. Eva Godsell**
**Criminal Action No. 06-117-GMS**

Dear Judge Sleet:

Solomon Fisher, Esquire, reports that he recently received from his former firm its file in the above-captioned matter. Mr. Fisher can now file with the Court a substitution of counsel and indicates that he will soon do so.

The parties are scheduled to meet on September 10, 2007, and expect to then finalize a plea agreement.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

pc: Solomon Fisher, Esquire
    Special Agent Melissa Marsh, IRS-CID

EF:slb