

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

December 13, 2007

Honorable Gregory M. Sleet
Chief Judge
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

Re: **United States v. Eva Godsell**
    **Criminal Action No. 06-117-GMS**

Dear Chief Judge Sleet:

This is the Government's 7th status report letter.

On January 31, 2007, on the Government's motion, the Court postponed indefinitely any scheduling conference because the defendant was reviewing the Government's file and considering its plea offer. Previous status reports have explained that Solomon Fisher, Esquire, counsel for defendant, retired from his former firm and as a sole practitioner has filed a notice of appearance on the defendant's behalf.

On December 12, 2007, Mr. Fisher reported to the Government that he and his client have arranged to consult with an additional attorney. Mr. Fisher expects that consultation to be completed within one month, enabling him to definitively advise the Court as to whether the defendant accepts or rejects the Government's plea offer.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: Edmond Falgowski
Assistant United States Attorney

pc: Solomon Fisher, Esquire

EF:slb

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-117-GMS |
| ) | |
| EVA GODSELL, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 13th day of December 2007, I served the forgoing:

**Status Report Letter**

by causing two copies of said document to be served on counsel of record by First Class Mail as follows:

Solomon Fisher, Esq.
Dilworth & Paxton, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

Sherry Kaminski
Sherry Kaminski