

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

January 29, 2008

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Eva Godsell**
           <u>**Criminal Action No. 06-117-GMS**</u>

Dear Judge Sleet:

    This is the Government's eighth status report letter.

    On January 24, 2008, I telephoned Solomon Fisher, Esquire, counsel for defendant, to learn that Mr. Fisher was hospitalized and not expected to be released before January 28, 2008. I left a message for Mr. Fisher that I would attempt to contact him by telephone on February 1, 2008, to discuss this case. The United States will submit another status letter on February 15, 2008, unless otherwise directed by the Court.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                        By:
                                            Edmond Falgowski
                                            Assistant United States Attorney

pc:    Solomon Fisher, Esquire

EF:slb