

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 19, 2008

Honorable Gregory M. Sleet
Chief Judge
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re: **United States v. Eva Godsell**
          **Criminal Action No. 06-117-GMS**

Dear Chief Judge Sleet:

    This is the Government's ninth status report letter.

    On this date, I spoke by telephone with Solomon Fisher, Esquire, counsel for the defendant. Due to his recent hospitalization, Mr. Fisher has been unable to devote his attention to the above captioned mater, but expects that by the end of the month he will have his client's position on the Government's plea offer.

    The United States will provide another status letter by March 3, 2008, unless otherwise directed by the Court.

                                                     Respectfully submitted,

                                                     COLM F. CONNOLLY
                                                     United States Attorney

                                                     By: _____
                                                     Edmond Falgowski
                                                     Assistant United States Attorney

pc:   Solomon Fisher, Esquire

EF:slb