

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

March 10, 2008

Honorable Gregory M. Sleet
Chief Judge
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Eva Godsell**
          **Criminal Action No. 06-117-GMS**

Dear Chief Judge Sleet:

    This is the Government's tenth status report letter.

    During the week of March 3, 2008, Solomon Fisher, Esquire, counsel for the defendant, advised that he is recovering after being hospitalized shortly after the Government's last status report letter. Mr. Fisher further reported that he expects to contact his client by telephone this week for the purposes of scheduling a meeting with her later this month. Mr. Fisher explained that he needed one month to resolve matters with his client.

    The United States will submit its next status report with the Court by the end of this month, unless directed otherwise by the Court.

                                              Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                            By: _____
                                            Edmond Falgowski
                                            Assistant United States Attorney

pc:   Solomon Fisher, Esquire

EF:slb