IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-117-GMS |
| ) | |
| EVA D. GODSELL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

WHEREAS, the United States has made a request that the Court continue for 60 days the change of plea hearing, scheduled for April 16, 2008, as the parties are engaged in continuing plea negotiations, including a review by the Government of the defendant's proposed variance/departure motion; and

WHEREAS, under the Speedy Trial Act the parties waive the relevant period of delay,

IT IS ORDERED this 11th day of April, 2008, that the change of plea hearing is continued to July 24, 2008 at 4:15 p.m.; and

IT IS FURTHER ORDERED that the United States will provide the Court with a bi-weekly status reports commencing no later than 14 days from the date of this Order; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(8)(A), the delay resulting from this Order is excludable in computing the time within which the defendant's trial must be commenced under the Speedy Trial Act.

Honorable Gregory M. Sleet
United States District Court

FILED
APR 1 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE