IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-117-GMS |
| | ) | |
| EVA D. GODSELL, | ) | |
| Defendant. | ) | |

MODIFICATION OF APPEARANCE

The appearance on behalf of the Defendant is modified to read as follows:

Solomon Fisher
1919 Chestnut Street
Unit 610
Philadelphia, PA 19103
(215) 567-7378
arfsf@msn.com

*Solomon Fisher* (signature)
Solomon Fisher
Attorney for the Defendant

CERTIFICATE OF SERVICE

I hereby certify that the attached Modification of Appearance was served on the attorney for the Plaintiff my mailing a copy of the same by first class mail postage prepaid to Edmond Falgowski, Assistant United States Attorney, Nemours Building, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, Delaware 19899-2046.

*Solomon Fisher*

Solomon Fisher

Attorney for the Defendant

Solomon Fisher
Attorney at Law
1919 Chestnut Street, Unit 610
Philadelphia PA 19103
(215) 567-7378
Fax (215) 567-7419
Email: arfsf@msn.com

April 14, 2008

Clerk, United States District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King Street
Wilmington, DE 19801

Re: United States v. Eva D. Godsell
Criminal Action No. 06-117-GMS

Dear Sir,

    With respect to the above-captioned case, I am enclosing a Modification of Appearance and a related Certificate of Service.

Sincerely yours,

Solomon Fisher

Cc: Honorable Gregory M. Sleet
    Edmond Falgowski, Asst U.S. Attorney



PHILADELPHIA PA 191

14 APR 2008 PM 8 L

Clerk, United States District Court
J Caleb Boggs Federal Bldg
Lock Box 18
844 N. King Street
Wilmington DE 19801

Mr. Solomon Fisher, Esq.
1919 Chestnut St Apt 610
Philadelphia, PA 19103